IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hale, Tokilia J

Printed: 10/14/08

Case Number:  04 B 03996
Judge:  Goldgar, A. Benjamin
Filed:  2/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  October 10, 2008
Confirmed:  March 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,428.14 |  |
| Secured: |  | 10,163.02 |
| Unsecured: |  | 542.55 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 722.57 |
| Other Funds: |  | 0.00 |
| Totals: | 13,428.14 | 13,428.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 3,842.22 | 3,842.22 |
| 4. | Select Portfolio Servicing | Secured | 6,320.80 | 6,320.80 |
| 5. | ECast Settlement Corp | Unsecured | 542.55 | 542.55 |
| 6. | Schottler & Zukosky | Priority |  | No Claim Filed |
| 7. | Shell Credit Card | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,705.57 | $ 12,705.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 47.38 |
| 4% | 31.49 |
| 6.5% | 140.30 |
| 3% | 21.96 |
| 5.5% | 120.77 |
| 5% | 36.61 |
| 4.8% | 70.29 |
| 5.4% | 253.77 |
|  | $ 722.57 |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Hale, Tokilia J | Case Number:  04 B 03996 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  10/14/08 | Filed:  2/3/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

